UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ELIZAMA VILLEGAS,<br>　*Plaintiff,*<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC, *et al.*,<br>　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.: 7:22-cv-00111 |

## **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

　　COMES NOW, Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant National Credit Adjusters, LLC ("NCA") hereby removes the subject action from Precinct 4, Place 1 of the Justice Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, on the following grounds:

　　1.　　Plaintiff Elizama Villegas ("Plaintiff") instituted an action in Precinct 4, Place 1 of the Justice Court of Hidalgo County, Texas, on February 18, 2022. A copy of the Petition is attached hereto as **Exhibit A**.

　　2.　　NCA was served on March 3, 2022. Therefore, removal is timely.

　　3.　　Plaintiff's Petition alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA").

　　4.　　This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question because this case involves alleged violations of the FDCPA and FCRA.

　　5.　　Pursuant to 28 U.S.C. §1441, *et seq*., this cause may be removed from Precinct 4,

Place 1 of the Justice Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas.

6. Notice of this removal will promptly be filed with Precinct 4, Place 1 of the Justice Court of Hidalgo County, Texas and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. Pursuant to 28 U.S.C. §1446(b)(2)(A), all defendants who have been properly joined and served have consented to the removal of the action. **Exhibit B**.

9. A jury demand was made in state court.

WHEREFORE, Defendant National Credit Adjusters, LLC, by counsel, removes the subject action from Precinct 4, Place 1 of the Justice Court of Hidalgo County, Texas to the United States District Court for the Southern District of Texas.

Dated: April 1, 2022.   Respectfully submitted,

**MALONE FROST MARTIN PLLC**

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
KHARI M. FERRELL
State Bar No. 24116357
Email: kferrell@mamlaw.com
8750 N. Central Expressway, Suite 1850
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

***COUNSEL FOR DEFENDANT***
***NATIONAL CREDIT ADJUSTERS, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that she forwarded a copy of the foregoing pleading to all parties entitled to notice of same via **ECF and/or Email/CMRRR** on this 1st day of April 2022:

Elizama Villegas
1920 Barreda Circle
Edinburg, Texas 78542
Phone: (956) 715-9633
Email: elvi1209@gmail.com

*Pro se* Plaintiff

                                                  */s/ Khari Ferrell*
                                                  KHARI M. FERRELL