United States District Court
Southern District of Texas
**ENTERED**
August 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIZAMA VILLEGAS | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, *et al.* | ) ) | M-22-111 |

## O R D E R

At the hearing held on August 4, 2022, in the above matter Plaintiff Elizama Villegas indicated she no longer had any claims to pursue in this case. The Court further observes there are no remaining Defendants who have been served.

Therefore, with no remaining claims and no remaining Defendants, it is ORDERED that the Clerk close this matter.

DONE on this 10th day of August, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE